# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

BANK OF AMERICA, N.A.,

             Plaintiff,

v.

THE VILLAS COMMUNITY ASSOCIATION, et al.,

             Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:16-cv-00516-APG-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that plaintiff Bank of America, N.A.'s motion for summary judgment (ECF No. 69) is GRANTED as follows: that the homeowners association's nonjudicial foreclosure sale conducted on September 12, 2014 did not extinguish the deed of trust and the property located at 6627 Babys Tear Place in Las Vegas, Nevada remains subject to the deed of trust.

FURTHER ORDERED that default judgment is hereby entered in favor of SFR Investments Pool 1, LLC and against Dorothy K. Lopez as follows: It is hereby declared that the homeowners association's non-judicial foreclosure sale conducted on September 12, 2014 extinguished any interest Dorothy K. Lopez had in the property located at 6627 Babys Tear in Las Vegas, Nevada.

 

2/20/2020  
Date

DEBRA K. KEMPI  
Clerk

/s/ J. Callo  
Deputy Clerk